United States District Court
Southern District of Texas
**ENTERED**
July 09, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ANGELICA MOORE, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:18-CV-155 |
| | § | |
| CARDINAL COMPLIANCE | § | |
| CONSULTANTS, LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

The parties have filed a joint motion for review and approval of their confidential settlement agreement and a joint stipulation of dismissal with prejudice. The motion (Dkt. 7) is **GRANTED**. The settlement agreement is **APPROVED**, and all claims in this case are **DISMISSED WITH PREJUDICE**. Each party will bear its own fees and costs.

All other pending motions are denied as moot.

This is a **FINAL JUDGMENT**.

SIGNED at Galveston, Texas, this 9th day of July, 2018.

_____
George C. Hanks Jr.
United States District Judge